JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELISEO SALAZAR, | ) | Case No.:  CV 10-4008 DSF (FMOx) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| MORTGAGEIT, INC., et al. | ) | |
| Defendants. | ) | |
| _____ | ) | |

By order dated September 7, 2010, the Court ordered that this case be dismissed by consent of Plaintiff as evidenced by Plaintiff's lack of opposition to a motion to dismiss.  Leave to amend was granted, but no amended complaint has been filed.

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____   10/5/10

_____
Dale S. Fischer
United States District Judge